# MARVIN

Marvin Replacement, LLC
401 State Ave N
Warroad, MN 56763

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/15/2025 |
| Period End Date | 06/28/2025 |
| Pay Date | 07/03/2025 |
| Document | 10130523 |
| **Net Pay** | **$4,077.57** |

## Pay Details

**ALLYSON S ESPOSITO**
510 SHORE DRIVE
OAKDALE, NY 11769
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 043769 | Pay Group | Marvin Replacement BiWkly |
| SSN | XXX-XX-9673 | Location | State Location-NY |
| Job | Regional Operations Mgr | Busin Unit | 70 - Marvin Replacement |
| Pay Rate | $67.30 | Department | 720450 - OS Service-Long Island |
| Pay Frequency | Biweekly | Class | 7504 - Sales Support |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $9.55 | $9.55 |
| Regular Pay | 80.000000 | $67.30 | $5,384.62 | $5,384.62 |

Total Hours Worked 80.000000    Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $215.38 | $215.38 | $0.00 | $0.00 |
| Accident Insur | No | $8.86 | $8.86 | $0.00 | $0.00 |
| Critical Illnes | No | $14.58 | $14.58 | $0.00 | $0.00 |
| offset earn | No | $9.55 | $9.55 | $0.00 | $0.00 |
| Legal | No | $9.42 | $9.42 | $0.00 | $0.00 |
| LTD AfterTax | No | $14.00 | $14.00 | $0.00 | $0.00 |
| 401k/Roth Match | No | $0.00 | $0.00 | $215.38 | $215.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $340.41 | $340.41 |
| Employee Medicare | $78.22 | $78.22 |
| Social Security Employee Tax | $334.44 | $334.44 |
| NY State Income Tax | $270.85 | $270.85 |
| NY Paid Family Leave Employee | $20.89 | $20.89 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8528 | Checking | $4,077.57 |
| Total | | $4,077.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,394.17 | $5,178.79 | $1,044.81 | $271.79 | **$4,077.57** |
| YTD | $5,394.17 | $5,178.79 | $1,044.81 | $271.79 | **$4,077.57** |

# MARVIN

Marvin Replacement, LLC
401 State Ave N
Warroad, MN 56763

**Pay Statement**
Period Start Date 06/29/2025
Period End Date 07/12/2025
Pay Date 07/18/2025
Document 10130760

**Net Pay** **$4,073.98**

## Pay Details

**ALLYSON S ESPOSITO**
510 SHORE DRIVE
OAKDALE, NY 11769
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 043769 | Pay Group | Marvin Replacement BiWkly | |
| SSN | XXX-XX-9673 | Location | State Location-NY | |
| Job | Regional Operations Mgr | Busin Unit | 70 - Marvin Replacement | |
| Pay Rate | $67.30 | Department | 720450 - OS Service-Long Island | |
| Pay Frequency | Biweekly | Class | 7504 - Sales Support | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $9.55 | $19.10 |
| Holiday Pay | 8.000000 | $67.30 | $538.46 | $538.46 |
| Regular Pay | 72.000000 | $67.30 | $4,846.15 | $10,230.77 |

Total Hours Worked  72.000000     Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $215.38 | $430.76 | $0.00 | $0.00 |
| Accident Insur | No | $9.54 | $18.40 | $0.00 | $0.00 |
| Critical Illnes | No | $15.70 | $30.28 | $0.00 | $0.00 |
| offset earn | No | $9.55 | $19.10 | $0.00 | $0.00 |
| Legal | No | $10.14 | $19.56 | $0.00 | $0.00 |
| LTD AfterTax | No | $15.08 | $29.08 | $0.00 | $0.00 |
| 401k/Roth Match | No | $0.00 | $0.00 | $215.38 | $430.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $340.41 | $680.82 |
| Employee Medicare | $78.21 | $156.43 |
| Social Security Employee Tax | $334.44 | $668.88 |
| NY State Income Tax | $270.84 | $541.69 |
| NY Paid Family Leave Employee | $20.89 | $41.78 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8528 | Checking | $4,073.98 |
| Total | | $4,073.98 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,394.16 | $5,178.78 | $1,044.79 | $275.39 | **$4,073.98** |
| YTD | $10,788.33 | $10,357.57 | $2,089.60 | $547.18 | $8,151.55 |



**MARVIN**

Marvin Replacement, LLC
401 State Ave N
Warroad, MN 56763

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/13/2025 |
| Period End Date | 07/26/2025 |
| Pay Date | 08/01/2025 |
| Document | 10130979 |

**Net Pay** **$4,157.42**

## Pay Details

**ALLYSON S ESPOSITO**
510 SHORE DRIVE
OAKDALE, NY 11769
USA

| | | | | |
|---|---|---|---|
| Employee Number | 043769 | Pay Group | Marvin Replacement BiWkly |
| SSN | XXX-XX-9673 | Location | State Location-NY |
| Job | Regional Operations Mgr | Busin Unit | 70 - Marvin Replacement |
| Pay Rate | $67.30 | Department | 720450 - OS Service-Long Island |
| Pay Frequency | Biweekly | Class | 7504 - Sales Support |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $9.55 | $28.65 |
| Holiday Pay | 0.000000 | $0.00 | $0.00 | $538.46 |
| Regular Pay | 80.000000 | $67.30 | $5,384.62 | $15,615.39 |

Total Hours Worked 80.000000    Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $215.38 | $646.14 | $0.00 | $0.00 |
| Accident Insur | No | $9.54 | $27.94 | $0.00 | $0.00 |
| Critical Illnes | No | $15.70 | $45.98 | $0.00 | $0.00 |
| GTL offset earn | No | $9.55 | $28.65 | $0.00 | $0.00 |
| Legal | No | $10.14 | $29.70 | $0.00 | $0.00 |
| LTD AfterTax | No | $15.08 | $44.16 | $0.00 | $0.00 |
| 401k/Roth Match | No | $0.00 | $0.00 | $215.38 | $646.14 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $256.95 | $937.77 |
| Employee Medicare | $78.22 | $234.65 |
| Social Security Employee Tax | $334.44 | $1,003.32 |
| NY State Income Tax | $270.85 | $812.54 |
| NY Paid Family Leave Employee | $20.90 | $62.68 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8528 | Checking | $4,157.42 |
| Total | | $4,157.42 |

# MARVIN

Marvin Replacement, LLC
401 State Ave N
Warroad, MN 56763

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/27/2025 |
| Period End Date | 08/09/2025 |
| Pay Date | 08/15/2025 |
| Document | 10131190 |
| **Net Pay** | **$4,157.45** |

## Pay Details

**ALLYSON S ESPOSITO**
510 SHORE DRIVE
OAKDALE, NY 11769
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 043769 | Pay Group | Marvin Replacement BiWkly |
| SSN | XXX-XX-XXXX | Location | State Location-NY |
| Job | Regional Operations Mgr | Busin Unit | 70 - Marvin Replacement |
| Pay Rate | $67.30 | Department | 720450 - OS Service-Long Island |
| Pay Frequency | Biweekly | Class | 7504 - Sales Support |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $9.55 | $38.20 |
| Holiday Pay | 0.000000 | $0.00 | $0.00 | $538.46 |
| Regular Pay | 80.000000 | $67.30 | $5,384.62 | $21,000.01 |

Total Hours Worked  80.000000     Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $215.38 | $861.52 | $0.00 | $0.00 |
| Accident Insur | No | $9.54 | $37.48 | $0.00 | $0.00 |
| Critical Illnes | No | $15.70 | $61.68 | $0.00 | $0.00 |
| GTL offset earn | No | $9.55 | $38.20 | $0.00 | $0.00 |
| Legal | No | $10.14 | $39.84 | $0.00 | $0.00 |
| LTD AfterTax | No | $15.08 | $59.24 | $0.00 | $0.00 |
| 401k/Roth Match | No | $0.00 | $0.00 | $215.38 | $861.52 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $256.95 | $1,194.72 |
| Employee Medicare | $78.21 | $312.86 |
| Social Security Employee Tax | $334.43 | $1,337.75 |
| NY State Income Tax | $270.85 | $1,083.39 |
| NY Paid Family Leave Employee | $20.89 | $83.57 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8528 | Checking | $4,157.45 |
| Total | | $4,157.45 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,394.17 | $5,178.79 | $961.33 | $275.39 | **$4,157.45** |
| YTD | $21,576.67 | $20,715.15 | $4,012.29 | $1,097.96 | $16,466.42 |

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,394.17 | $5,178.79 | $961.36 | $275.39 | **$4,157.42** |
| YTD | $16,182.50 | $15,536.36 | $3,050.96 | $822.57 | $12,308.97 |

# MARVIN

Marvin Replacement, LLC
401 State Ave N
Warroad, MN 56763

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/10/2025 |
| Period End Date | 08/23/2025 |
| Pay Date | 08/29/2025 |
| Document | 10131310 |
| **Net Pay** | **$4,157.43** |

## Pay Details

**ALLYSON S ESPOSITO**
510 SHORE DRIVE
OAKDALE, NY 11769
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 043769 | Pay Group | Marvin Replacement BiWkly |
| SSN | XXX-XX-9673 | Location | State Location-NY |
| Job | Regional Operations Mgr | Busin Unit | 70 - Marvin Replacement |
| Pay Rate | $67.30 | Department | 720450 - OS Service-Long Island |
| Pay Frequency | Biweekly | Class | 7504 - Sales Support |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $9.55 | $47.75 |
| Holiday Pay | 0.000000 | $0.00 | $0.00 | $538.46 |
| PTO | 8.000000 | $67.30 | $538.46 | $538.46 |
| Regular Pay | 72.000000 | $67.30 | $4,846.15 | $25,846.16 |

Total Hours Worked 72.000000    Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $215.38 | $1,076.90 | $0.00 | $0.00 |
| Accident Insur | No | $9.54 | $47.02 | $0.00 | $0.00 |
| Critical Ilnes | No | $15.70 | $77.38 | $0.00 | $0.00 |
| GTL offset earn | No | $9.55 | $47.75 | $0.00 | $0.00 |
| Legal | No | $10.14 | $49.98 | $0.00 | $0.00 |
| LTD AfterTax | No | $15.08 | $74.32 | $0.00 | $0.00 |
| 401k/Roth Match | No | $0.00 | $0.00 | $215.38 | $1,076.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $256.95 | $1,451.67 |
| Employee Medicare | $78.22 | $391.08 |
| Social Security Employee Tax | $334.44 | $1,672.19 |
| NY State Income Tax | $270.84 | $1,354.23 |
| NY Paid Family Leave Employee | $20.89 | $104.46 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8528 | Checking | $4,157.43 |
| Total | | $4,157.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,394.16 | $5,178.78 | $961.34 | $275.39 | **$4,157.43** |
| YTD | $26,970.83 | $25,893.93 | $4,973.63 | $1,373.35 | $20,623.85 |