UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:

Allyson Esposito                                             Chapter 13 Case No. 25-73476

                    Debtor

_____   RULE 2017-1 STATEMENT

      HAROLD M. SOMER, an attorney duly licensed to practice law in the State of New York and admitted in the Eastern District of New York, affirms the following to be true under penalty of perjury:

      1. This statement is submitted pursuant to Rule 2017-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York.

      2. That the only attorney in the firm is Harold M. Somer. The hourly rate as set forth in the retention agreement is $400 in the event an hourly rate should apply under the terms thereof.

      3. The pre-petition services rendered of approximately 9.50 hours included the initial consultation on; the receipt and review of documents for the preparation of the petition, telephone calls and e-mails with the client; the preparation, review and revisions to the petition; and the final review on September 10, 2025 to finalize and execute the petition and thereafter file same.


Dated: September 10, 2025                          HAROLD M. SOMER, PC
                                                                Attorney for the Debtor

                                                                   /S/ Harold M. Somer
                                                By:_____
                                                   HAROLD M. SOMER, ESQ.
                                                   1025 Old Country Road, Ste. 404
                                                   Westbury, New York 11590
                                                   (516) 248-8962