**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALLYSON ESPOSITO,<br><br>            Debtor. | Chapter 13<br><br>Case No. 8-25-73476-ast |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**
**OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case as attorneys for **Teachers Federal Credit Union.**

PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served, via U.S. Mail, upon:

> Berkman, Henoch, Peterson & Peddy, P.C.
> Attorneys for Teachers Federal Credit Union
> Attn: Nicholas Tuffarelli, Esq.
> 400 Garden City Plaza, Suite 320
> Garden City, New York 11530

Dated: Garden City, New York
       September 15, 2025

                    **BERKMAN, HENOCH, PETERSON &**
                         **PEDDY P.C.**

             By:     */s/ Nicholas Tuffarelli*
                    Nicholas Tuffarelli
                    400 Garden City Plaza, Suite 320
                    Garden City, New York 11530
                    (516) 222-6200 ext. 218
                    n.tuffarelli@bhpp.com