UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:

Allyson Esposito                                                            Chapter 13
                          Debtor                                   Case No. 25-73476

_____

## NOTICE OF CHANGE OF ADDRESS

      HAROLD M. SOMER, an attorney duly licensed to practice law in the State of New York and admitted in the Eastern District of New York, affirms the following to be true under penalty of perjury:

      1.  Subsequent to the filing of the petition, the Debtor's address has changed.   The new address is :

                              Allyson Esposito
                              76 Hamlet Drive
                              Hauppauge, NY 11788


Dated: October 9, 2025                                            HAROLD M. SOMER, PC
                                                                    Attorney for the Debtor

                                                                    /S/ Harold M. Somer
                                                    By:_____
                                                     HAROLD M. SOMER, ESQ.
                                                     1025 Old Country Road, Ste. 404
                                                     Westbury, New York 11590
                                                     (516) 248-8962