UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

Allyson Esposito                                             Chapter 13
              Debtor                         Case No. 25-73476-ast

---

### AFFIRMATION IN SUPPORT OF DEBTOR'S REQUEST
### TO SO ORDER STATE COURT STIPULATION

    HAROLD M. SOMER, an attorney duly licensed to practice law in the State of New York and admitted in the Eastern District of New York, affirms the following to be true under penalty of perjury:

    1. I am the attorney for the Debtor, Allyson Esposito, also having been known as Allyson Braun, and submit this Affirmation in support of the Debtor's request by presentment that a certain state court stipulation resolving a potential obligation with the waiver of same be "so ordered".

    2. Prior to the filing of this bankruptcy case, the Debtor's former landlord, Thomas Crowley, brought a holdover summary proceeding seeking her eviction and that of her family in the Suffolk County District Court under Index No. LT-836-25/IS. That matter was stayed with the filing of the instant bankruptcy case on September 10, 2025.

    3. The Debtor has since moved and rather than litigate other issues such as use and occupancy and a full vacatur of the premises, a Stipulation of Settlement, a copy of which accompanies this Affirmation, was entered into post-petition on October 17, 2025 whereby Mr. Crowley agreed to waive any claims he may have had which were pre-petition claims. As such, he will receive no payment through the proposed plan if confirmed. I am advised the stipulation

has been complied with.

4. In communicating with the Trustee's office regarding how to handle the stipulation for plan purposes, it was suggested that it be "so ordered" by this Court.

5. It is respectfully submitted that having the stipulation "so ordered" is beneficial to the Debtor as it protects her as well as beneficial in the overall administration of the case.

6. By reason of the foregoing, it is requested that the accompanying proposed order be signed approving the stipulation.

Dated: September 30, 2025

HAROLD M. SOMER, PC
Attorney for the Debtor

By: _____
HAROLD M. SOMER, ESQ.
1025 Old Country Road, Ste. 404
Westbury, New York 11590
(516) 248-8962

## DISTRICT COURT OF THE COUNTY OF SUFFOLK

THOMAS CROWLEY

                Petitioner

vs

ALLYSON BRAUN, JORDAN ESPOSITO,
CLAIRE BRAUN, LAUREN BRAUN

                Respondent

STIPULATION OF SETTLEMENT

INDEX NO. LT-836-25/IS

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT THE ABOVE CAPTIONED ACTION IS SETTLED AS FOLLOWS:

[X] Respondent/Tenant consents to the immediate entry of a judgment in the sum of $ 0.00 as well as a judgment of possession and the issuance of a warrant of eviction. The execution of the warrant of eviction is stayed until October 17, 2025

[ ] Respondent/Tenant is currently in possession and acknowledges rental arrears in the sum of $_____, to be paid on or before _____. Payments are to be made in the following manner:

_____

_____

_____

In addition the parties agree:

[ ] In the event the respondent fails to comply with the terms of this agreement, the petitioner, upon submission of an affidavit of non-compliance, will be entitled to a judgment for the amount demanded in the complaint or $_____, with credit given for payments made and the immediate issuance of a warrant of eviction.

[X] To the immediate issuance of the warrant of eviction. Petitioner agrees to stay the execution of the warrant providing the respondent complies with the terms of the stipulation.

Other Conditions:
All occupants shall vacate the premises and leave them in broom clean condition by 10/17/25, and leave the keys on the counter. Provided tenants comply with this paragraph, all claims by the landlord against any and all named parties and/or occcupants for rental arrears, use and occupancy or future rent are waived, as well as claims for bounced checks or bounced check fees. Tenant waives any interest in security.

THE PARTIES FURTHER AGREE AND UNDERSTAND that future rent must be timely paid in addition to any amount paid toward arrears. Failure to make a payment of future rent cannot be the basis of default under the terms of this stipulation, nor can future rent be included in the above judgment.

Date: 10/17/2025

Petitioner

_Allyson Esposito aka Allyson Braun_
Respondent

_[signature]_
Attorney for Petitioner/Landlord

_[signature]_
Attorney for Respondent/Tenant

*In the event that the tenant fails to comply with the paragraph entitled "other conditions", the Landlord reserves the right to litigate claims waived therein.

* Respondent will be leaving behind the following items: 2 Desks, 1 Couch, 1 Love Seat, 2 living room chairs, 2 Rugs, 1 bed frame, 1 vanity, 1 wine cabinet, 1 coffee table, 1 entertainment center, and a large Barbecue.

DC255LT

16-0401.. 08/03

Respondent agrees that once possession has been surrendered there will be no claim to any of the items left behind