UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――
In re:

Allyson Esposito                                    Chapter 13
                     Debtor            Case No. 25-73476-ast

―――――――――――――――――――――――

## RESPONSE TO BRAUN OBJECTION TO CONFIRMATION

       HAROLD M. SOMER, an attorney duly licensed to practice law in the State of New York and admitted in the Eastern District of New York, affirms the following to be true under penalty of perjury:

       1. I am the attorney for the Debtor and submit this Response to the objection to confirmation submitted by Murray Braun and Eleanor Braun (the "Brauns").

       2. Contrary to the assertions of the Brauns, they are not being discriminated against under the proposed plan. The Debtor disputes that the Brauns should be entitled to any distribution as the judgment they obtained is the subject of an appeal which, if successful, may result in its vacatur in its entirety. The terms of retaining appellate counsel are being finalized and an application will be submitted shortly.

       The plan provides protects the Brauns' interest in that the pro rata share of the plan payments attributable to the Brauns be segregated so that the funds will be available for distribution to them in the event the appeal is not successful.

       3. Amended schedules have been filed which resolve the issues raised in the objection.

       4. As to the issue of unsecured debt exceeding the statutory maximum, same should not be considered an issue as the Bankruptcy Code increased that amount to $526,700 which is substantially in excess of the amount in Schedule F and the filed claims and which the Debtor

should be permitted to take advantage of. To allow this will not prejudice the Brauns who are the only creditors to have objected.

Dated: January 6, 2026                                HAROLD M. SOMER, PC
                                                     Attorney for the Debtor

                                                             /S/ Harold M. Somer
                                                     By:_____
                                                         HAROLD M. SOMER, ESQ.
                                                         1025 Old Country Road, Ste. 404
                                                         Westbury, New York 11590
                                                         (516) 248-8962