| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | February 5, 2026 |
| EASTERN DISTRICT OF NEW YORK | 11:30 AM |

===================================X

IN RE:  Case No. 825-73476-AST

ALLYSON ESPOSITO,  Hon. ALAN S. TRUST
  a/k/a Allyson Lapidus-Esposito
  a/k/a Allyson S Lapidus-Esposito
  a/k/a Allyson Braun

**NOTICE OF MOTION**

                Debtor.

===================================X

        PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Alan S. Trust, Chief U.S. Bankruptcy Judge, for the Eastern District of New York, on February 5, 2026 at 11:30 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        **Any hearing on the attached application will be held remotely, by telephone or video conference. No in-person hearing will be held in the Courthouse on the date set forth above.**

        Any party appearing must register <u>at least two (2) business days in advance</u> through eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. <u>Only parties registered in advance will receive login instructions</u>. Additional information is provided in the Chief Judge's procedures at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

        Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  Jericho, New York
       January 15, 2026                        /s/ Krista M. Preuss
                                                    KRISTA M. PREUSS, TRUSTEE
                                                    100 JERICHO QUADRANGLE; STE 127
                                                    JERICHO, NY 11753
                                                    (516) 622-1340

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>==================================X<br>IN RE:<br><br>ALLYSON ESPOSITO,<br>  a/k/a Allyson Lapidus-Esposito<br>  a/k/a Allyson S Lapidus-Esposito<br>  a/k/a Allyson Braun<br><br><br>                          Debtor.<br>==================================X | February 5, 2026<br>11:30 AM<br><br>Case No: 825-73476-AST<br><br>Hon. ALAN S. TRUST<br><br><br><br>**APPLICATION** |

TO THE HONORABLE ALAN S. TRUST, CHIEF U.S. BANKRUPTCY JUDGE:

      Brian P. Schechter, Staff Attorney to KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

      1.      The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 10, 2025, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

      2.      The Debtor's proposed Chapter 13 Plan (hereinafter referred to as the "Plan") is dated September 26, 2025 and reflected on the Court's docket as number 13.  The Plan provides for payments in the amount of $1200.00 per month for a period of 60 months.  The Plan proposes full repayment to all allowed secured and priority proofs of claim, as well as a pro rata distribution to all timely filed general unsecured proofs of claim.  The Plan at Part 8 states "amount claimed due on judgment held by Murray and Eleanor Braun is disputed.  Plan payment allocated to then[m] shall be set aside and retained by Trustee pending a final non-appealable determination of Debtor's pending appeal and possible future appeal by either side.  If Debtor is successful, then those funds shall be distributed to other allowed creditors."

      3.      The Trustee objects to the confirmation of the Plan because the language in Part 8 of the Plan violates Fed. R. Bankr. P. § 3001(f), 11 U.S.C. § 501 and 502(a), as a proof of claim filed in accordance with the bankruptcy rules is prima facie valid.

      4.      The Debtor's Form 122C-2 Chapter 13 Calculation of Your Disposable Income states the Debtor's monthly disposable income pursuant to 11 U.S.C. §1325(b) is $1267.23..  The Debtor's Plan payment is below this number  The Trustee objects to the confirmation of the Plan and therefore the Plan cannot be confirmed pursuant to 11 U.S.C. §1325(b)(1)(B).  In addition, the 122C-2 is based upon a family size of 4 individuals and is incorrect.

      5.      Furthermore, the Debtor has failed to:

a. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1(d); and

b. file and provide the Trustee with an affidavit by the debtor stating whether the debtor has filed all applicable federal, state, and local tax returns as required by Bankruptcy Code §1308 pursuant to E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

c. file and provide the Trustee with an affidavit by the debtor stating whether the debtor either has paid all amounts that are required to be paid under a domestic support obligation and that first came payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation; or that the debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c); and

d. provide and file copies of affidavits of contribution and copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by each person contributing to the proposed plan or to payment of expenses of the debtor's household as required by E.D.N.Y. LBR 2003-1(a)(ii) and (c); and

e. the Section 341 Meeting of Creditors remains open as there are outstanding documentary requests made by the Trustee, including, proof of expenses stated in Schedule J and various bank statements; and

f. file verified monthly operating reports as required by 11 U.S.C. §1304, Fed. R. Bankr. P. 2015(c)(1)(A), and E.D.N.Y. LBR 2015-1.

6. The Debtor's failure to provide these items impedes the Trustee's ability to administer this case and, therefore, is a delay that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
January 15, 2026

*s/Brian P. Schechter*
Brian P. Schechter, Staff Attorney
Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case No: 825-73476-AST
IN RE:

ALLYSON ESPOSITO,
a/k/a Allyson Lapidus-Esposito
a/k/a Allyson S Lapidus-Esposito
a/k/a Allyson Braun

                                              CERTIFICATE OF SERVICE

                Debtors.
-----------------------------------------------------------X

This is to certify that I, Brian P. Schechter, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

ALLYSON ESPOSITO
76 HAMLET DRIVE
HAUPPAUGE, NY 11788

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

HAROLD M SOMER, ESQ. haroldsomer@hsomerlaw.com
Macco & Corey, c/o pcorey@maccolaw.com
Teachers FCU, c/o Berkman Henoch, n.tuffarelli@bhpp.com

Transmission times for electronic delivery are Eastern Time zone.


This January 15, 2026

/s/Brian P. Schechter
Brian P. Schechter, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

CASE NO:  825-73476-AST
Hon. ALAN S. TRUST

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
========================================================================
IN RE:

ALLYSON ESPOSITO,
a/k/a Allyson Lapidus-Esposito
a/k/a Allyson S Lapidus-Esposito
a/k/a Allyson Braun


                    Debtor.
========================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

========================================================================

KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE; STE 127
JERICHO, NY 11753
(516) 622-1340