UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:

Allyson Esposito                                        Chapter 13

                  Debtor                      Case No. 25-73476-ast

_____

## SO ORDERED STATE COURT STIPULATION

A summary proceeding have been commenced in state court pre-petition against the

Debtor by Thomas Crowley which matter had been stayed pursuant to 11 U.S.C. §362(a); and the

matter having been resolved post-petition by Stipulation dated October 17, 2025 which provides

for Mr. Crowley to waive all claims he may have against the Debtor and other named parties;

and

Whereas it appears the terms of the Stipulation have been complied with and as the

agreement was entered into post-petition such waiver of claims includes any claims in this

bankruptcy case; and good and sufficient cause appearing therefore; and it being in the best

interests of the Debtor and the bankruptcy estate;

The Stipulation is hereby "So Ordered" and Mr.Crowley shall have no claim in this

case to be paid through a plan if confirmed.

"SO ORDERED"



Dated: January 15, 2026
      Central Islip, New York                                    _____
                                              Alan S. Trust
                             Chief United States Bankruptcy Judge