UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────────────

ALLYSON ESPOSITO                                              CHAPTER 13
                      Debtor                   Case No. 25-73476-ast

───────────────────────────────────────

## ORDER AUTHORIZING EMPLOYMENT OF
## JAKUBOWSKI ROBERTSON MAFFEI GOLDSMITH & TARTAGLIA, LLP
## AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

UPON the annexed application of Allyson Esposito, hereinafter referred to as "Debtor", dated  seeking authorization to employ the law firm of Jakubowski Robertson Maffe Goldsmith & Tartaglia, LLP  ("JRMGT") to represent the Debtor as special litigation counsel to prosecute her personal injury action, and upon the annexed affirmation of Frank M. Maffei, Jr., Esq., and it appearing that Frank M. Maffei, Jr., Esq. and his firm do not have or represent no interest adverse to the Debtor or the estate and are disinterested persons under Section 101(14) of the United States Bankruptcy Code and will represent no other interest or unrelated entity in connection with this Chapter 13 case while employed by the Debtor except as set forth in the accompanying Affirmation and application and that employment of special litigation counsel for the Debtor is in the best interest of the estate; it is

ORDERED, that the Debtor is hereby authorized to employ JRMGT as special litigation counsel in connection with her personal injury action upon the terms and conditions set forth as set forth in the supporting Application and Affirmation; and it is further

ORDERED, that any proposed settlement shall be subject to the approval of this Court upon proper application under the applicable provisions of the Bankruptcy Code and Rules; and it is further

ORDERED, that the compensation of JRMGT for its services on behalf of the Debtor shall be fixed by the Court in accordance with the applicable provisions of the Bankruptcy Code and Rules upon application.

NO OBJECTION:

CHAPTER 13 TRUSTEE

By: /S/ Krista Preuss
_____
KRISTA PREUSS, ESQ.
Jan 12, 2026



Dated: February 11, 2026
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge